Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 20−21460−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey P Aleski
   aka Jeffrey Aleski
   73 Tunison Road
   New Brunswick, NJ 08901

Social Security No.:
   xxx−xx−1688

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 27, 2021.

Dated: January 27, 2021
JAN: dmi

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey P Aleski  
    Debtor

Case No. 20-21460-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 27, 2021      Form ID: plncf13      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey P Aleski, 73 Tunison Road, New Brunswick, NJ 08901-1634 |
| 519004769 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518983323 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518983324 | + | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 518983325 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 518983326 | + | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 519036684 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518983328 | + | Citi/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518983329 | + | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518983332 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 518983333 | + | Estate Information Servies, LLC dba, PO Box 1398, Reynoldsburg, OH 43068-6398 |
| 518983345 | + | Radio Shack/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518983339 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 518983349 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2021 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2021 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518983327 | + | Email/Text: cms-bk@cms-collect.com | Jan 27 2021 22:17:00 | Capital Management Services LP, 698 1/2 Ogden Street, Buffalo, NY 14206-2317 |
| 518983330 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 27 2021 22:18:00 | Credit Collections Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518989539 | | Email/Text: mrdiscen@discover.com | Jan 27 2021 22:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518983331 | + | Email/Text: mrdiscen@discover.com | Jan 27 2021 22:16:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 518983334 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 27 2021 22:16:00 | Internal Revenue Service, Cincinnati, OH 45999-0039 |
| 518983337 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 27 2021 22:16:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518983342 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2021 22:16:00 | PNC Bank, PO Box 609, Pittsburgh, PA 15230-9738 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518983341 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2021 22:16:00 | PNC Bank, POBox 856177, Louisville, KY 40285-6177 |
| 519014675 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2021 22:16:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518983340 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2021 22:16:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518983343 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2021 22:16:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 518983344 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2021 22:16:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518983346 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 22:36:45 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518983347 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 22:36:45 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 518983348 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 22:35:34 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518983338 | | Merrill, PO Box 15284, PA 19650 |
| 518983336 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, District Director of the IRS, 955 So. Springfield Avenue, Springfield, NJ 07081 |
| 518983335 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519046925 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021          Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Jan 27, 2021 Form ID: plncf13 Total Noticed: 31

Karina Pia Lucid
                            on behalf of Debtor Jeffrey P Aleski klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4