**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeffrey P Aleski<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1688<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–21460–MEH | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jeffrey P Aleski
   aka Jeffrey Aleski

1/7/26

**By the court:** <u>Mark Edward Hall</u>
               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Jeffrey P Aleski  
Debtor

Case No. 20-21460-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Jan 07, 2026 | Form ID: 3180W | Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey P Aleski, 73 Tunison Road, New Brunswick, NJ 08901-1634 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2026 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2026 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519004769 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2026 21:09:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518983323 | + | Email/PDF: bncnotices@becket-lee.com | Jan 07 2026 21:09:55 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518983324 | + | EDI: CITICORP | Jan 08 2026 01:47:00 | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 518983325 | + | EDI: BANKAMER | Jan 08 2026 01:47:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518983326 | + | EDI: BANKAMER | Jan 08 2026 01:47:00 | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 519036684 | + | EDI: BANKAMER2 | Jan 08 2026 01:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518983327 | + | Email/Text: cms-bk@cms-collect.com | Jan 07 2026 20:55:00 | Capital Management Services LP, 698 1/2 Ogden Street, Buffalo, NY 14206-2317 |
| 518983328 | + | EDI: CITICORP | Jan 08 2026 01:47:00 | Citi/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518983329 | + | EDI: CITICORP | Jan 08 2026 01:47:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518983330 | + | EDI: CCS.COM | Jan 08 2026 01:47:00 | Credit Collections Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518983332 | | EDI: CITICORP | Jan 08 2026 01:47:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 518989539 | | EDI: DISCOVER | Jan 08 2026 01:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518983331 | + | EDI: DISCOVER | Jan 08 2026 01:47:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 518983333 | + | Email/Text: eis.usbnc@eismgmt.com | Jan 07 2026 20:55:00 | Estate Information Servies, LLC dba, PO Box 1398, Reynoldsburg, OH 43068-6398 |

Case 20-21460-MEH    Doc 36    Filed 01/09/26    Entered 01/10/26 00:17:29    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518983334 | | EDI: IRS.COM | Jan 08 2026 01:47:00 | Internal Revenue Service, Cincinnati, OH 45999-0039 |
| 518983337 | + | EDI: CAPITALONE.COM | Jan 08 2026 01:47:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518983342 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2026 20:54:00 | PNC Bank, PO Box 609, Pittsburgh, PA 15230-9738 |
| 518983341 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2026 20:54:00 | PNC Bank, POBox 856177, Louisville, KY 40285-6177 |
| 519014675 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2026 20:54:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518983340 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2026 20:54:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518983343 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2026 20:54:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 518983344 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2026 20:54:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518983345 | + | EDI: CITICORP | Jan 08 2026 01:47:00 | Radio Shack/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518983339 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 07 2026 20:54:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 518983346 | + | EDI: SYNC | Jan 08 2026 01:47:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518983347 | + | EDI: SYNC | Jan 08 2026 01:47:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 518983348 | + | EDI: SYNC | Jan 08 2026 01:47:00 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518983349 | + | EDI: CITICORP | Jan 08 2026 01:47:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518983338 | | Merrill, PO Box 15284, PA 19650 |
| 518983336 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, District Director of the IRS, 955 So. Springfield Avenue, Springfield, NJ 07081 |
| 518983335 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519046925 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: 3180W | Total Noticed: 31 |

Date: Jan 09, 2026              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor Jeffrey P Aleski 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com |
| Monika Mazurczyk | on behalf of Debtor Jeffrey P Aleski monika@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5